# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** March 16, 2017

**CASE OF:** CITY OF LARGO, FLORIDA V. AHF-BAY FUND, LLC.

**DOCKET NO.:** SC15-1261     **OPINION FILED:** March 2, 2017

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

- On page 12 in the last sentence before the Conclusion heading, the word "not" was added before the word "violate."

**SIGNED: OPINION CLERK**

**The corrected hard copy will follow by mail.**